FILED
**February 5, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-14-00737-CV
4044822
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/5/2015 4:58:39 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-CV

## In the Third Court of Appeals
## Austin, Texas

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/5/2015 4:58:39 PM
JEFFREY D. KYLE
Clerk

_____

CHASE CARMEN HUNTER
*Appellant*,

v.

ELEANOR KITZMAN, JULIA RATHGEBER, AND THE TEXAS
DEPARTMENT OF INSURANCE
*Appellees*.

_____

On Appeal from the 250th Judicial District Court
Cause No. D-1-GN-13-001957
Travis County, Texas

_____

**APPELLEES' RESPONSE TO
APPELLANT'S MOTION FOR ASSISTANCE WITH SCHEDULING
REQUIRED HEARING IN THE UNDERLYING COURT**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellees Eleanor Kitzman, Julia Rathgeber, and the Texas Department of

Insurance, file this response to Appellant Chase Carmen Hunter's *Motion for

Assistance with Scheduling Required Hearing in the Underlying Court*, and would

respectfully show as follows:

**APPELLANT'S MOTION IS MOOT**

Appellant requests this Court to order the trial court to communicate with

her in writing in order to set the hearing ordered by this Court in its January 21,

2015 order. But the trial court has already set such hearing for February 18, 2015 at 2:00 p.m. *See* **Exhibit A** (Cover Letter and Order Extending Time for Hearing).[1] Thus Appellant's Motion is moot.

## RECOMMENDATION OF DISPOSITION
## UNDER RULE 20.1(h)(2) OR (3)

Although the hearing ordered by this Court has already been set, Appellees anticipate that further litigation may ensue regarding such setting and respectfully recommend that this Court withdraw its order setting a hearing, and instead decide this matter under the provisions of Rule of Appellate Procedure 20.1(h)(2) or (3).

On January 30, 2015, Appellant sent a fax to the District Clerk's office demanding that this matter be handled in a particular fashion, including giving her ten business days to file a written response and to have the hearing set on a date following the filing of that written response, after a coordination by fax for a date on which she would be available to testify by telephone. *See* **Exhibit B** (Fax from Appellant to Warren Vavra, Court Administrator, Travis County Civil District Courts). Compliance with Appellant's requests are not possible under the timing provisions of Texas Rule of Civil Procedure Rule 20.1, or under Local Rule 9.1 of Travis County, which does not permit evidentiary hearings to be conducted by

---

[1] The order was apparently mailed to the parties on January 30, 2015. The undersigned received a copy by fax on February 2, 2015, and as a courtesy, emailed a copy to Appellant on February 4, 2015 after the filing of Appellant's motion suggested that Appellant had not yet received a copy of the order.

telephone, other than for inmates.[2]  Thus the district court will be unable to comply with Appellant's requests and Appellant will have to appear in person on February 18, 2015, to present evidence to meet her burden.

Appellees anticipate that Appellant will contest having to appear in person in Travis County on February 18, 2015.  To expedite this matter and conserve judicial and party resources, Appellees would respectfully suggest that this Court withdraw its order requiring the trial court to hold an evidentiary hearing, and that this Court instead either decide the contest based on the affidavit and other filed documents, as provided by Rule 20.1(h)(2), or request the written submission of additional evidence, and without conducting a hearing, decide the contest based on the evidence, as provided for by the provisions of Rule 20.1(h)(3).

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellees pray this Honorable Court to dismiss Appellant's motion as moot, but would recommend that the Court withdraw the order requiring the trial court to hold an evidentiary hearing and decide this matter without a hearing under the provisions of either Rule 20.1(h)(2) or (3).

---

[2] Appellant is not an inmate.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts
Division

/s/ Cynthia A. Morales
Cynthia A. Morales
Assistant Attorney General
Texas State Bar No. 14417420
Financial Litigation, Tax, and Charitable Trusts
Division P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-4470 Phone
(512) 477-2348 Fax
cynthia.morales@texasattorneygeneral.gov

*Counsel for Appellees, Eleanor Kitzman,
Julia Rathgeber, and the Texas Department of
Insurance*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2015, the above and foregoing *Appellees' Response to Appellant's Motion for Assistance in Scheduling Required Hearing in the Underlying Court* was filed and served by fax and email on:

Chase Carmen Hunter
340 S. Lemon Avenue #9039
Walnut, CA 91789
chase_hunter@yahoo.com
Fax: (703)-997-5999

/s/ Cynthia A. Morales
CYNTHIA A. MORALES



**County of TRAVIS**
**STATE OF TEXAS**

**Court Administrator's Office**
**Travis County Court House**
**P.O. Box 1748**
**Austin, Texas 78767**

January 30, 2015

Chase Carmen Hunter                          Cynthia A. Morales
340 S Lemon Ave #9039                         Assistant Attorney General
Walnut, CA 91789                             P.O. Box 12548
                                             Austin, TX 78711-2548
Chase Carmen Hunter
P.O. Box 42252
Fredericksburg, VA 22404

Re:  Cause No. D-1-GN-13-001957; Chase Carmen Hunter vs. Eleanor Kitzman, et al; In the 250th District Court of Travis County, Texas

Counsel and Ms. Hunter:

Enclosed is a file stamped copy of an order setting a hearing on the Appellee's Contest to Appellant Chase Carmen Hunter's Affidavit of Indigence in the above referenced cause.

Sincerely,

Warren Vavra
Court Administrator
Travis County Civil District Courts

WV/lr

cc: Ms. Amalia Rodriguez-Mendoza, Travis County District Clerk



**EXHIBIT**
**A**

Filed in The District Court
of Travis County, Texas

CAUSE NO. D-1-GN-13-001957

JAN 3 0 2015

At_____4:15_____P_M.

Velva L. Price, District Clerk

| | | |
|---|---|---|
| CHASE CARMEN HUNTER | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ELEANOR KITZMAN, ET AL | § | 250TH  JUDICIAL DISTRICT |

## ORDER EXTENDING TIME FOR HEARING

In accordance with the January 21, 2015 Order of the Texas Court of Appeals, Third District at Austin, the Court hereby extends the time in which to hold a hearing to consider the evidence on Appellee's Contest to Appellant Chase Carmen Hunter's Affidavit of Indigence.

It is therefore ordered that the Appellee's Contest to Appellant Chase Carmen Hunter's Affidavit of Indigence is hereby set for hearing on Wednesday, February 18, 2015 at 2:00 p.m.

The Court Administrator shall set this cause for hearing on the Travis County Civil District Court Central Docket and shall send notice by first class mail to all pro se parties and attorneys of record.

SIGNED this ___30th___ day of ___January___, 2015

_____
JUDGE PRESIDING

# Facsimile Transmittal

# FAX

| | |
|---|---|
| **To:** Cynthia Morales | **From:** Fax Sender |
| **Company:** Texas Attorney General | **Date:** 01/30/2015 |
| **Fax Number:** 5124772348 | **Pages:** 2 (including cover) |
| **Re:** 3rd Court of Appeals Order To Hold Hearing D-1-GN-13001957 | |

**Comments:**

Mr. Vavra:

I received your voicemail message regarding the scheduling of a hearing.

First, I have not received the Respondents' challenge to my affidavit of indigency. Perhaps the Respondents mailed such a document to me at an incorrect address. My correct address FOR THIS LAWSUIT is shown on the petition and notice of appeal that I filed in this matter.

Second, please, direct the Respondents to email me the challenge to my affidavit of indigency at chase_hunter@yahoo.com

Third, give me 10 full business days from the date I receive the Respondents' challenge to my affidavit of indigentcy via email to review and to file a written response to the Respondents' challenge to my affidavit of indigency. I will file my response with the Travis County District Court and the Third Court of Appeals.

Fourth, after you receive my written response to the Respondents' challenge to my affidavit of indigency, please, fax me and the Respondents a list of available dates and times for a hearing during which I will appear by telephone. I will fax to the Respondents a notice regarding which dates I am available. Hopefully, one of those dates will be convenient for the Respondents; and the Respondents can fax me and you a notice regarding which date and time they have chosen.

Thank you,
Chase Hunter


703-997-5999 fax



EXHIBIT

B

chase_hunter@yahoo.com email
340 S Lemon Ave
#9039
Walnut, CA 91789

cc: Cynthia Morales 512-477-2348